No. 1260. Sheridan et al. *v.* Evans et al. June 11, 1945. Petition for writ of certiorari to the Supreme Court of Tennessee denied.

No. 1332. Greenberg *v.* New York. June 11, 1945. The application for a stay is denied. Petition for writ of certiorari to the Appellate Division of the Supreme Court of New York denied. *Messrs. Herbert Goldmark* and *Joseph K. Guerin* for petitioner.

No. 1213. Glick Brothers Lumber Co. et al. *v.* Bowles, Price Administrator. June 11, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied for failure to comply with par. 2 of Rule 38 of the Rules of this Court. The brief filed in support of the petition is not "direct and concise" as required by that rule. *Mr. Morris Lavine* for petitioners. *Assistant Solicitor General Cox* and *Mr. David London* for respondent.

No. 1038. Williams *v.* Olson, Warden. June 11, 1945. Petition for writ of certiorari to the Supreme Court of Nebraska denied. *Leslie Williams, pro se. Walter R. Johnson,* Attorney General of Nebraska, *H. Emerson Kokjer,* Deputy Attorney General, and *Robert A. Nelson,* Assistant Attorney General, for respondent.